**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| NATIONAL FIRE AND MARINE, QBE SPECIALTY INSURANCE, AND SYNDICATE 4242 A/S/O COASTAL CAROLINA DEVELOPMENT PARTNERS, LLC, | ) ) ) ) ) | |
| | ) | Civil Action No. 4:17-CV-00550-RBH |
| Plaintiffs, | ) ) | |
| | ) | **PLAINTIFFS' AMENDED** |
| v. | ) | **EXPERT DISCLOSURE** |
| | ) | |
| MARK AIR, INC., | ) ) | |
| Defendant. | ) | |

**COMES NOW**, National Fire and Marine, QBE Specialty Insurance, and Syndicate 4242 a/s/o Coastal Carolina Development Partners, LLC, Plaintiffs, in the above civil action, and pursuant to the Consent Scheduling Order, Fed. R. Civ. P. 26(a)(2)(B) hereby submits the following Amended Expert Disclosures:

**Fed.R.Civ.P. 26(a)(2)(B) Disclosures**

Pursuant to Fed.R.Civ.P. 26(a)(2)(B), Plaintiffs disclose the following expert witnesses who may testify at trial:

**(a)    George E. Smith**
**Rimkus Consulting Group, Inc.**
**1525 Sam Rittenberg Boulevard, Suite 205**
**Charleston, South Carolina 29407**

A copy of Plaintiffs' expert's report is attached hereto as Exhibit A which includes:

(1)    a complete statement of all his opinions;

(2)    the facts and data considered;

(3)    exhibits that will be used to summarize or support his opinions; and

(4)    his qualifications.

1

Correspondence from Rimkus Consulting Group is attached hereto as Exhibit B which includes:

      (1)     A list of all publications authored by this expert for the past 10 years;

      (2)     A list of all other cases which, during the past 4 years, the expert testified at trial or by deposition; and

      (3)     A statement of the compensation to be paid to the expert for the study and testimony in this case.

**(b)    Captain Jason S. Perzan**
**CFD Sergeant David T. Hutchinson**
**Terry Bryant, Fire Marshall**
**Conway Fire Department**
**P.O. Box 1075**
**Conway, South Carolina 29528**

A copy of the Conway Fire Department report is attached hereto as Exhibit C.

Plaintiffs further reserve the right to identify any rebuttal expert witness within a reasonable time following Defendant's expert disclosures.

**MCANGUS GOUDELOCK & COURIE**

By: */s/ Christina A. Bisset*
Christina A. Bisset
Fed I.D. No. 11679
2411 N. Oak Street, Suite 401
P.O. Box 1349
Myrtle Beach, South Carolina 29578
Telephone: (843) 848-6008
Fax: (843) 449-2306
Email: christina.bisset@mgclaw.com

**ATTORNEYS FOR PLAINTIFFS**

October 5, 2017